STATE OF CONNECTICUT *v.* HOLLIS WILSON, SR.

The defendant's petition for certification for appeal from the Appellate Court, 38 Conn. App. 231 (AC 12294), is denied.

*Donald Dakers*, special public defender, in support of the petition.

*Frederick W. Fawcett*, assistant state's attorney, in opposition.

Decided September 13, 1995

---

STATE OF CONNECTICUT *v.* JAMES LEROY

The defendant's petition for certification for appeal from the Appellate Court, 38 Conn. App. 282 (AC 11187), is denied.

*Temmy Ann Pieszak*, assistant public defender, in support of the petition.

*Jack W. Fischer*, assistant state's attorney, in opposition.

Decided September 13, 1995

---

GENERAL ACCIDENT INSURANCE COMPANY OF AMERICA *v.* POWERS, BOLLES, HOULIHAN AND HARTLINE, INC.

The defendant's petition for certification for appeal from the Appellate Court, 38 Conn. App. 290 (AC 13272), is denied.

*Joseph T. Sweeney* and *Daniel P. Scapellati*, in support of the petition.

*William F. Corrigan*, in opposition.

Decided September 13, 1995